IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ryan Smith,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>National Millworks; et. al.,<br><br>　　　　Defendants. | No. CV 06-599-TUC-HCE (FRZ)<br><br>**REPORT & RECOMMENDATION** |

For the following reasons, the Magistrate Judge recommends that the District Court Dismiss Defendant Stiemke.

## I.　FACTUAL & PROCEDURAL BACKGROUND

On March 27, 2006, Plaintiff through counsel filed this action in Santa Clara County Superior Court, California. Plaintiff names as Defendants: (1) National Millworks; and (2) Robert Stiemke. On July 11, 2006, Defendant National Millworks removed the action to the United States District Court for the Northern District of California based upon diversity of citizenship.[1] On November 15, 2006, the California District Court transferred the action to

---

[1]The Notice of Removal reflects that Mr. Stiemke "has not been served"; is a citizen and resident of Arizona; and that "[b]ecause Mr. Steimke [sic] has not been served, his joinder in the removal is unnecessary. *Salveson v. W. States Bankcard Ass'n,* 731 F.2d 1423, 1429 (9th Cir. 1984) *overruled by statute on other grounds* ('Our circuit rule is that a party not served need not be joined; the defendants summonsed may [sic] remove by

this Court pursuant to 28 U.S.C. § 1391(a)(1) "for the convenience of the parties and witnesses and in the interest of justice." (November 15, 2006 Order from the United States District Court for the Northen District of California) The November 15, 2006 transfer order was filed by the Clerk of this Court on December 5, 2006.

On April 30, 2007, the undersigned Magistrate Judge submitted a Report and Recommendation recommending that the District Court grant Defendant National Millworks' Motion to Dismiss pursuant to L.R.Civ. 7.2(i), Rules of Practice of the U.S. District Court for the District of Arizona. (Doc. No. 13)  Also on April 30, 2007, the undersigned Magistrate Judge entered an Order taking notice that the time for effecting service under Rule 4(m) of the Federal Rules of Civil Procedure has passed and the record does not reflect that service has been effected upon Defendant Stiemke. (Doc. No.14)  Therefore, Plaintiff was granted until May 18, 2007 to file a brief showing good cause why Defendant Stiemke should not be dismissed pursuant to Rule 4(m).  (Id.)  Plaintiff was advised that his failure to file the brief may result in a report and recommendation to the District Court to dismiss Defendant Stiemke without further notice. (Id.) To date, Plaintiff has not filed a brief pursuant to the Court's April 30, 2007 Order.

## II.   DISCUSSION

Rule 4(m) of the Federal Rules of Civil Procedure provides in pertinent part that "[i]f service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant...."  Fed.R.Civ.P. 4(m).  By Order dated April 30, 2007, Plaintiff was notified that: the record did not reflect that Defendant Stiemke had been served within the time specified for service under Rule 4(m); Plaintiff had until May 18, 2007 to file a brief showing good cause why Defendant Stiemke should not be dismissed in light of Plaintiff's failure to effect service within the time

---

themselves.')...." (Id. at pp. 2, 4)

specified by Rule 4(m); and Plaintiff's failure to file such brief may result in a report and recommendation that the District Court dismiss Defendant Stiemke from this action. (April 30, 2007 Order (Doc. No. 14))  Plaintiff having failed to file a brief showing good cause why Defendant Stiemke should not be dismissed from this action in light of Plaintiff's failure to effect service within the time specified under Rule 4(m), the Magistrate Judge recommends that the District Court dismiss Defendant Stiemke from this action.

### III.    RECOMMENDATION

For the foregoing reasons, the Magistrate Judge recommends that the District Court dismiss Defendant Stiemke pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

Pursuant to 28 U.S.C. §636(b), any party may serve and file written objections within ten days after being served with a copy of this Report and Recommendation.  A party may respond to another party's objections within ten days after being served with a copy thereof. Fed.R.Civ.P. 72(b).  If objections are filed, the parties should use the following case number: **CV 06-599-TUC-FRZ.**

If objections are not timely filed, then the parties' right to *de novo* review by the District Court may be deemed waived.  *See United States v. Reyna-Tapia,* 328 F.3d 1114, 1121 (9th Cir.) (*en banc*), *cert. denied,* 540 U.S. 900 (2003).

DATED this 22nd day of May, 2007.

_____
Héctor C. Estrada
United States Magistrate Judge