IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ryan Smith, | ) |
|      Plaintiff, | ) No. CV-06-599-TUC-FRZ |
| vs. | ) **ORDER** |
| National Millworks; Robert Stiemke, | ) |
|      Defendants. | ) |

Pending before the Court are two Report and Recommendations issued by Magistrate Judge Hector C. Estrada.

The first Report and Recommendation, filed on April 30, 2007, recommends that the Court summarily grant Defendant National Millworks motion to dismiss because Plaintiff has failed to oppose the motion to dismiss. The April 30, 2007 Report and Recommendation stated that Plaintiff had 10 days to file objections, and that the failure to file objections would result in waiver of de novo review. Plaintiff has not filed any objection and the time for doing so has expired. As such, the Court will not accept any untimely objections as they have been waived.

The second Report and Recommendation, filed on May 22, 2007, recommends that the Court dismiss Defendant Robert Stiemke from the case without prejudice as he has never been served and the time for service has expired. Magistrate Judge Estrada previously issued an Order to Show Cause requiring Plaintiff to show good cause as to why Defendant Stiemke

should not be dismissed from the case. Plaintiff never responded.  The May 22, 2007 Report and Recommendation stated that Plaintiff had 10 days to file objections, and that the failure to file objections would result in waiver of de novo review.  Plaintiff has not filed any objections and the time for doing so has expired.  As such, the Court will not accept any untimely objections as they have been waived.

The Court has reviewed the entire record and concludes that Magistrate Judge Estrada's recommendations are not clearly erroneous.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

Accordingly, IT IS HEREBY ORDERED as follows:

(1) United States Magistrate Judge Estrada's two Report and Recommendations (Doc. #'s 13 and 15) are **ACCEPTED AND ADOPTED**.

(2) Defendant National Millworks motion to dismiss (Doc. #3) is **GRANTED**.  Defendant National Millworks is dismissed from this case with prejudice

(3) Defendant Robert Stiemke is dismissed from this case without prejudice.

(4) As all of the Defendants have been dismissed from this case, the Clerk of the Court is **DIRECTED TO ENTER JUDGMENT ACCORDINGLY AND TO CLOSE THE FILE IN THIS MATTER**.

DATED this 15th day of June, 2007.

FRANK R. ZAPATA
United States District Judge